UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GERALD L. TATUM<br>LA. DOC #560444 | CIVIL ACTION NO. 15-1779 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN TIM MORGAN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

After a review of the entire record in this matter, for the reasons set forth in the Report and Recommendation of the Magistrate Judge, which has been adopted by this Court, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Gerald L. Tatum's Petition for Writ of *Habeas Corpus* is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 28th day of August, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE